Ann Hobart, Bar No. 019129
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
Facsimile: (602) 542-7644
Ann.Hobart@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Sagers, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Dr. Sethuraman Panchanathan, in his official capacity and individually; Arizona Board of Regents,<br><br>Defendants. | Case No: CV21-00294-PHX-DWL<br><br>**JOINT REPORT ON GOOD FAITH SETTLEMENT TALKS** |

In compliance with this Court's Case Management Order (Doc. 25) as amended on August 8, 2022 (Doc. 41), the Parties hereby submit their Joint Report on Good Faith Settlement Talks. In late August and early September 2021 and again in January 2022 after exchanging initial disclosures, the Parties' counsel discussed the possibility of settlement via email and over the telephone. In those early stages of the litigation before discovery had been conducted, settlement appeared unlikely. After discovery was completed on September 22, 2022 with the deposition of Defendant Sethuraman Panchanathan in Washington, D.C., counsel arranged for the Parties to meet with them to discuss settlement at the earliest opportunity. On October 6, 2022, Plaintiff, her attorney

Gregory W. Seibt, Defendants' representatives Michele Tomas (a claims adjuster with the Arizona Risk Management Department) and Kylie Crawford TenBrook (Associate General Counsel at ASU's Office of General Counsel), and Defendants' attorney of record Ann Hobart participated in a Zoom meeting.  The Parties exchanged settlement proposals but did not reach an agreement.  The Parties do not anticipate further settlement discussions at this time.

      Respectfully submitted this 6th day of October, 2022.

| Rutila, Seibt & Nash, PLLC | Arizona Attorney General's Office |
|---|---|
| /s/ Gregory W. Seibt | /s/ Ann Hobart |
| Gregory W. Seibt | Ann Hobart |
| Alexandra Mijares Nash | Assistant Attorney General |
| Attorneys for Plaintiff | Attorneys for Defendants |

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 6th day of October, 2022, and service on:

Gregory W. Seibt
Alexandra Mijares Nash
Rutila, Seibt & Nash, PLLC
6803 E. Main Street, Suite 1116
Scottsdale, AZ  85251
Attorneys for Plaintiff

/s/     Ann Hobart
#10724339